UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| N.E. BRIDGE CONTRACTORS, INC., </br></br> Plaintiff, </br></br> v. </br></br> SENTRY INSURANCE, </br></br> Defendant. | ) </br> ) </br> ) </br> ) CIVIL ACTION NO.: 1:21-CV-11354 </br> ) </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF REMOVAL**

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to the provisions of 28 U.S.C. § 1446(a) and Local Rule 81.1, the defendant, Sentry Insurance ("Sentry"), hereby gives notice of its removal of this action to the United States District Court for the District of Massachusetts from the Superior Court of Massachusetts in and for Bristol County, and in support thereof, respectfully states as follows:

1. Sentry is a defendant in a civil action brought in the Superior Court of the State of Massachusetts, in and for Bristol County, styled as *N.E. Bridge Contractors, Inc. v. Sentry Insurance, Civil Action No. 2173-CV-00443* (the "*NEB*" Action").

2. Sentry was served with a copy of the Summons and Complaint in the *NEB* Action on July 22, 2021. A true copy of the Summons and Amended Complaint in the *NEB* Action, as served on Sentry, is attached to this Notice of Removal as **Exhibit A**. Sentry's Notice of Removal is filed within thirty (30) days after receipt by Sentry of a copy

of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, as required by 28 U.S.C. § 1446(b).[1]

3. The *NEB* Action is a suit of a wholly civil nature brought in the Superior Court of the State of Massachusetts, in and for Bristol County. The United States District Court for the District of Massachusetts is therefore the proper forum and venue to which this action may be removed under the provisions of 28 U.S.C. §§ 101 and 1441(a).

4. This Court has original jurisdiction to entertain this action because the only parties to this case are citizens of different states, and because the plaintiff claims that it is likely that their exposure for potential indemnity and costs of defense exceed the sum of $75,000, exclusive of interest and costs.  28 U.S.C.§§ 1332(a)(1), 1441(a).  Removal of this action is neither prohibited by 28 U.S.C. §1445, nor §1441(b)(2).

5. With respect to diversity of citizenship, the plaintiff, N.E. Bridge Contractors, Inc., is a Massachusetts corporation with a principal place of business located at 2 Lopes Drive, Norton, Massachusetts 02766.

6. Sentry is an insurance company incorporated under the laws of Wisconsin with a principle place of business located at 1800 North Point Drive, Stevens Point, Wisconsin 54481.

7. Pursuant to 28 U.S.C. § 1446(d), Sentry has filed a notice of the filing of this Notice of Removal, attached herewith as **Exhibit B**, with the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Bristol County.

---

[1] In filing this Notice of Removal, the defendant does not waive any defenses with regard to service of process or the adequacy of process.

8.      Pursuant to 28 U.S.C. § 1446(d), Sentry has requested that the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Bristol County, provide certified or attested copies of all records and proceedings in the *NEB* Action and certified or attested copies of all docket entries thereon.  Sentry will cause such attested or certified copies of the state court record to be filed with this Court within thirty (30) days hereof as required.

9.      Counsel for Sentry is duly admitted to practice before this Court and signs this Notice of Removal in accordance with the requirements of Fed. R. Civ. P. 11.

WHEREFORE, the defendant, Sentry Insurance, respectfully requests that the above-referenced action now pending in the Superior Court of the Commonwealth of Massachusetts, in and for Bristol County, be removed from that Court to the United States District Court for the District of Massachusetts.

Respectfully submitted,
SENTRY INSURANCE,

By Its Attorneys,

**MORRISON MAHONEY LLP**

*/s/ Michael F. Aylward*
Michael F. Aylward, BBO #024850
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7566
Fax: (617) 342-4913
maylward@morrisonmahoney.com

## **CERTIFICATE OF SERVICE**

The undersigned understands that the following counsel of record is not yet registered on the Court's CM/ECF database in connection with this matter. (1) As a result, these individuals will not receive from the Court electronic notification of the filing of the foregoing Notice of Removal, filed via ECF on August 19, 2021; (2) will not have immediate access to this document through the Court's website; and (3) will receive a paper copy of the foregoing from the undersigned upon filing.

    Alan B. Almeida, Esq.
    **Connor & Hilliard, P.C.**
    1350 Main Street
    Walpole, MA 02081
    ***Attorneys for the Plaintiff***

                                        */s/ Michael F. Aylward*
                                        Michael F. Aylward, BBO #024850