## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| N.E. BRIDGE CONTRACTORS, INC.,<br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. 1:21-CV-11354-LTS

## AFFIDAVIT OF BRIAN C. ALMEIDA, ESQ.

NOW COMES Brian C. Almeida, Esq., who hereby sets forth the following under the pains and penalties of perjury:

1. I am counsel of record in the instant action for the above-captioned Plaintiff, N.E. Bridge Contractors, Inc.

2. Attached hereto as Exhibit A are true and accurate copies of those email responses which I provided to Glenn Ricciardelli, an expert retained by the above-captioned defendant.

Respectfully submitted,
N.E. Bridge Contractors, Inc.,
By its Attorneys,

Date: August 16, 2022

/s/ Brian C. Almeida, Esq.
Alan B. Almeida, Esq.     BBO# 016013
almeida@connhill.com
Brian C. Almeida, Esq.     BBO# 696005
briana@connhill.com

Connor & Hilliard, P.C.
1350 Main Street, Walpole, MA 02081
Telephone: (508)668-4774
Facsimile: (508)660-2458

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of the United States District Court for the District of Massachusetts by way of the CM/ECF system, and that service upon counsel of record for the other parties to this action via electronic mail, by agreement of the parties to accept service in such a manner.

/s/ Brian C. Almeida, Esq.
Brian C. Almeida, Esq.

# EXHIBIT A

# Brian Almeida

| | |
|---|---|
| **From:** | Brian Almeida |
| **Sent:** | Tuesday, January 18, 2022 10:17 AM |
| **To:** | Glenn Ricciardelli |
| **Cc:** | McDonnell Jonathon; Aylward, Michael |
| **Subject:** | RE: NE Bridge Contractors v. Sentry Insurance  |  Accident 07.28.2019  |  Case No. 1:21cv11354-LTS  |  Sentry Claim 57P044899 |
| **Attachments:** | Jan 2021 to Apr 2021 JOB CALENDAR.xls |

Glenn,

Attached please find the January to April 2021 calendar which you requested.

Very truly yours,

Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile   (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

**From:** Glenn Ricciardelli [mailto:gricciardelli@mdd.com]
**Sent:** Friday, January 7, 2022 3:22 PM
**To:** Brian Almeida
**Cc:** McDonnell Jonathon; Aylward, Michael
**Subject:** Re: NE Bridge Contractors v. Sentry Insurance | Accident 07.28.2019 | Case No. 1:21cv11354-LTS | Sentry Claim 57P044899

Hello Brian,

I would like to acknowledge receipt and thank you for your communication and attachments.  I look forward to reviewing the responses and documents, while awaiting the additional information that may be forthcoming.

Have a great weekend!
GR


**Glenn Ricciardelli**
CPA, CVA, CFE, CFF | Partner



**MATSON DRISCOLL & DAMICO LLP**
**FORENSIC ACCOUNTANTS**

**T:** +1 617.426.1551  **F:** +1 617.426.6023  **M:** +1 617.549.9993
10 High Street, Suite 1000 · Boston, MA 02110

   

**CONFIDENTIALITY NOTICE:**
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain PROPRIETARY, PRIVILEGED or CONFIDENTIAL information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply email and destroy all copies of the original message.

Any personal data acquired, processed or maintained by us will be processed and handled in accordance with local data protection requirements. We will process personal data which comes within the scope of the GDPR, in accordance with our Privacy Notice which you can find here.

We try to ensure our communications are free of viruses but do not accept responsibility for any loss or damage that viruses may cause. You should take your own steps to ensure that communications are free of viruses.

MATSON DRISCOLL & DAMICO LLP is a member of MDD International Limited, a global network of independent and autonomous entities that share a commitment to delivering a quality service to clients around the world. Our structure is explained in more detail here.

**From:** Brian Almeida <briana@connhill.com>
**Date:** Friday, January 7, 2022 at 3:19 PM
**To:** Glenn Ricciardelli <gricciardelli@mdd.com>
**Cc:** McDonnell Jonathon <Jonathon.McDonnell@sentry.com>, "Aylward, Michael" <MAylward@morrisonmahoney.com>
**Subject:** RE: NE Bridge Contractors v. Sentry Insurance | Accident 07.28.2019 | Case No. 1:21cv11354-LTS | Sentry Claim 57P044899

Glen,

I hope you and yours had an excellent holiday season.  I attach additional responsive documents, and answer each of your inquires below in red. I am still working with my client on a few additional items you requiested, as indicated below.

Very truly yours,

Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile   (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

**From:** Glenn Ricciardelli [mailto:gricciardelli@mdd.com]
**Sent:** Wednesday, December 22, 2021 4:24 PM
**To:** Brian Almeida; Jessica Deratzian
**Cc:** McDonnell Jonathon; Aylward, Michael
**Subject:** Re: NE Bridge Contractors v. Sentry Insurance | Accident 07.28.2019 | Case No. 1:21cv11354-LTS | Sentry Claim 57P044899

Greetings Brian & Jessica,

I hope this communication finds you well.  I have reviewed the documents attached to Brian's November 30th e-mail transmittal that was provided in response to our request for information. The documents were limited to the following: A) Monthly Loan Statements from Blue Hills Bank applicable to a $550,000 Commercial Loan for March thru May 2019; B) Monthly Loan Payment Notices from Rockland Trust (who acquired Blue Hills Bank in March 2019) for the same loan for July 2019 thru December 2020; C) a Job Calendar listing the monthly contracts that were active each month for March thru May 2019; and D) a similar Job Calendar listing the monthly contracts that were active each month for July 2019 thru December 2020.

I am uncertain of the reason for providing Items A & B, the monthly loan statements.  It appears that Items C & D, the Job Calendars, may pertain to our Request #6 Utilization of Equipment.  If so, we require a key or legend that provides a description of each piece of equipment reported in the monthly calendars, including but not limited to 30b, 30g, 30n, 30r, 30v, 30y, etc.  Additionally, we require the monthly Job Calendars for January 2018 thru February 2019, June 2019, and January thru April 2021.

**Items A&B were sent because NEBCI was obligated to continue making the loan payments to the bank on a unit that couldn't work due to the loss in question.  The key is at the bottom of each page of the spreadsheet.  Attached are two additional job calendars.  I will see if I am able to also procure January-April 2021, although the value thereof to this analysis is in our estimation dubious, based upon the information to follow.**

We are unable to opine on your client's loss of use claim based on the limited information that has been produced to date.  Therefore, I have taken the liberty of reiterating our request for the information that is pertinent to our evaluation of your client's claim below.  In doing so, I crossed-off Item 5, as we understand you are unable to provide a copy of the contract that was in force at the time of the accident.

1) Repair Period: It is our understanding that the damaged vehicle returned to service on Wednesday, December 16th, 2020.  Please provide a copy of the repair invoice or related documentation confirming that the damaged vehicle was out-of-service for 72-weeks thru December 16th, 2020.  **NEBCI does not have any of the repair invoices, nor do they have the tow invoices for the truck to be sent to Aspen (after the repair at McDevitt) and then returned to Norton, MA (after the repair at Aspen).  These payments were all under a "Direct Pay" request/agreement with the Insurance Companies.**

2) Fleet of Trucks: Please provide a listing of NE Bridge Contractors' fleet of road-capable under bridge trucks that were available for use during the period of January 2018 thru April 2021, including detail to any additions or deletions to the fleet during this 40-month period.

**This request is overly burdensome and beyond the purview of this analysis, as you cannot use any of the larger Model Units in lieu of an A-30.  Rail gear cannot be placed upon a larger model unit.  A larger Model Unit cannot be used for bridges that require an A-30, on account of weight issues, clearance issues, bridge width, flight path issues, etc.  The only Model that can be used when an A-30 is requested is an A-30, which are largely used on rail projects.**

3

3) <u>Compatible Vehicles</u>: Please advise which vehicles in NE Bridge Contractors' fleet of vehicles is capable of providing compatible services as the Aspen Aerial A-30 that was damaged in the accident.  **None, for the reasons set forth above.**

4) <u>Mitigation Efforts</u>: Please provide an explanation as to the steps taken by NE Bridge Contractors to mitigate their loss of use while the damaged Aspen Aerial A-30 was out-of-service. **Based upon the extensive time period required to obtain a replacement unit (specially ordered and manufactured truck by Western Star, then sent to Aspen in Minnesota to be fit with specialized equipment, then finally sent to NEB in Massachusetts to be put into service), NEBCI was unable to seasonably procure a replacement unit, and the cost to do so was not reasonably feasible as a result of these factors.  Likewise, based upon the highly specialized nature of the equipment, NEBCI was unable to rent or otherwise procure a substitute vehicle to perform the same lost volume of work the A-30 in question would have performed but for the loss.**

~~5) CSX Services Agreements: We request copies of Services Agreements that were in force between CSX & NE Bridge Contractors during the 2018 thru 2021 years.  According to Stephanie Stevens' affidavit, this appears to represent the original contract #195510 that was consummated on February 8th, 2008, and was renewed on several occasions until August 6th, 2020, when the parties entered into a new contract.~~

6) <u>Utilization of Equipment</u>: We request access to internal records or reports that would allow us to review the utilization of the vehicle that was damaged in the accident, as well as the other vehicles in NE Bridge Contractors' fleet that was capable of providing compatible services as the Aspen Aerial A-30 during the period of January 2018 thru April 2021.  **There exist no internal records or reports other than those produced herewith and to date with respect to utilization.  The A-30, as a relatively new unit, did not have the opportunity to generate a service history on account of the loss.  No other vehicle in NEBCI's fleet was or is capable of providing compatible services.**

7) <u>Billings to CSX</u>: Detail to NE Bridge Contractors' monthly billing to CSX from January 2018 thru April 2021.  To date, we have received a single invoice #10/19-2B that was issued to CSX on October 31st, 2019.  Additionally, this invoice confirms the billing for the use of a "Hi Rail Aspen Aerials A-30 with Driver" during the end of September thru October 25th, 2019.  **I am awaiting clarification from my client on this point.**

8) <u>Monthly Revenue by Customer</u>: Detail to NE Bridge Contractors' monthly revenue by customer from January 2018 thru April 2021.  **For the reasons set forth above, because of the specialized nature of the A-30, comparing monthly revenue by customer for other, non-compatible equipment, would be, in our view, an "apples to oranges" comparison.  I am still working with my client to see what can be provided in this regard.**

9) <u>Annual Financial Results</u>: Copies of NE Bridge Contractors' 2018 thru 2020 annual financial results, including detail to revenue and operating expenses by account.  **For the same reasons stated above, we believe that such a comparison would have no probative value, and looking at the macrocosmic situation of NEB's finances would reveal nothing about the singular vehicle in question, as the A-30 would be the veritable needle in a haystack in the larger financial picture, particularly since the vehicle was in service for such a short period of time before the loss in question.**

I thank you for your attention to this matter and ask that you please reach out to me with any questions or concerns regarding the information addressed herein.  Additionally, we acknowledge our request is comprehensive and we welcome a teleconference with your client in the event it would facilitate the exchange of responses to some of the above inquiries.  Lastly, we would be happy to execute a non-disclosure agreement in the event your client is concerned with sharing proprietary information, as long as the terms of the agreement allow us to share our findings with Sentry Select Insurance and their representatives.

Once the requested information has been compiled and is available for distribution I ask that you please arrange to have the information forwarded along.  Alternatively, you can use the following link to our encrypted Sharefile site where you can upload ("drag & drop") the electronic files for our access.

4

MDD Sharefile Link: https://mdd.sharefile.com/r-rcb5e1a42ac25496b8b37e12c65e8cff2

Respectfully,
GR

**Glenn Ricciardelli**
CPA, CVA, CFE, CFF  |  Partner



**MATSON DRISCOLL & DAMICO LLP**
**FORENSIC ACCOUNTANTS**

**T:** +1 617.426.1551  **F:** +1 617.426.6023  **M:** +1 617.549.9993
10 High Street, Suite 1000 • Boston, MA 02110

   

**CONFIDENTIALITY NOTICE:**
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain PROPRIETARY, PRIVILEGED or CONFIDENTIAL information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply email and destroy all copies of the original message.

Any personal data acquired, processed or maintained by us will be processed and handled in accordance with local data protection requirements. We will process personal data which comes within the scope of the GDPR, in accordance with our Privacy Notice which you can find **here**.

We try to ensure our communications are free of viruses but do not accept responsibility for any loss or damage that viruses may cause. You should take your own steps to ensure that communications are free of viruses.

MATSON DRISCOLL & DAMICO LLP is a member of MDD International Limited, a global network of independent and autonomous entities that share a commitment to delivering a quality service to clients around the world. Our structure is explained in more detail **here**.

## Brian Almeida

| | |
|---|---|
| **From:** | Brian Almeida |
| **Sent:** | Tuesday, November 30, 2021 1:07 PM |
| **To:** | Glenn Ricciardelli; Jessica Deratzian |
| **Cc:** | McDonnell Jonathon; Aylward, Michael |
| **Subject:** | RE: NE Bridge Contractors v. Sentry Insurance \| Accident 07.28.2019 \| Case No. 1:21cv11354-LTS \| Sentry Claim 57P044899 |
| **Attachments:** | Loan Pymts A30g#13 Jul 2019 to Dec 2020  (JFW)_000371.pdf; Loan Pymts A30g#13 Mar 2019 to May 2019  (JFW)_000370.pdf; July 28 2019 to Dec 13 2020 JOB CALENDAR.xls; Mar 3 2019 to May 8 2019 JOB CALENDAR.xls |


Glenn,

I hope this email finds you well.  Attached please find additional information responsive to your request.  Once you have had the opportunity to review the same, we can discuss any outstanding items, if the same are necessary.

Very truly yours,



Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile   (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

---

**From:** Glenn Ricciardelli [mailto:gricciardelli@mdd.com]
**Sent:** Friday, September 24, 2021 3:17 PM
**To:** Brian Almeida; Jessica Deratzian
**Cc:** McDonnell Jonathon; Aylward, Michael
**Subject:** NE Bridge Contractors v. Sentry Insurance \| Accident 07.28.2019 \| Case No. 1:21cv11354-LTS \| Sentry Claim 57P044899

Greetings Brian & Jessica,

I have reviewed the recent response to our request for information and I find it woefully inadequate, as it fails to address the majority of the requested items.  Additionally, NE Bridge Contractors is claiming that the loss of use of their Aspen Aerial A-30 resulted in lost income but your response failed to provide any financial information to support such a loss.  Therefore, I am reiterating our request for the following information that is pertinent to our evaluation of your client's loss of use claim, while striking Item 5 as we understand you are unable to provide a copy of the contract that was in force at the time of the accident.

1

1) Repair Period: It is our understanding that the damaged vehicle returned to service on Wednesday, December 16th, 2020.  Please provide a copy of the repair invoice or related documentation confirming that the damaged vehicle was out-of-service for 72-weeks thru December 16th, 2020.

2) Fleet of Trucks: Please provide a listing of NE Bridge Contractors' fleet of road-capable under bridge trucks that were available for use during the period of January 2018 thru April 2021, including detail to any additions or deletions to the fleet during this 40-month period.

3) Compatible Vehicles: Please advise which vehicles in NE Bridge Contractors' fleet of vehicles is capable of providing compatible services as the Aspen Aerial A-30 that was damaged in the accident.

4) Mitigation Efforts: Please provide an explanation as to the steps taken by NE Bridge Contractors to mitigate their loss of use while the damaged Aspen Aerial A-30 was out-of-service.

5) CSX Services Agreements: We request copies of Services Agreements that were in force between CSX & NE Bridge Contractors during the 2018 thru 2021 years.  According to Stephanie Stevens' affidavit, this appears to represent the original contract #195510 that was consummated on February 8th, 2008, and was renewed on several occasions until August 6th, 2020, when the parties entered into a new contract.

6) Utilization of Equipment: We request access to internal records or reports that would allow us to review the utilization of the vehicle that was damaged in the accident, as well as the other vehicles in NE Bridge Contractors' fleet that was capable of providing compatible services as the Aspen Aerial A-30 during the period of January 2018 thru April 2021.

7) Billings to CSX: Detail to NE Bridge Contractors' monthly billing to CSX from January 2018 thru April 2021.  To date, we have received a single invoice #10/19-2B that was issued to CSX on October 31st, 2019.  Additionally, this invoice confirms the billing for the use of a "Hi Rail Aspen Aerials A-30 with Driver" during the end of September thru October 25th, 2019.

8) Monthly Revenue by Customer: Detail to NE Bridge Contractors' monthly revenue by customer from January 2018 thru April 2021.

9) Annual Financial Results: Copies of NE Bridge Contractors' 2018 thru 2020 annual financial results, including detail to revenue and operating expenses by account.

I thank you for your attention to this matter and ask that you please reach out to me with any questions or concerns regarding the information addressed herein.  Additionally, we acknowledge our request is comprehensive and we welcome a teleconference with your client in the event it would facilitate the exchange of responses to some of the above inquiries.  Lastly, we would be happy to execute a non-disclosure agreement in the event your client is concerned with sharing proprietary information, as long as the terms of the agreement allow us to share our findings with Sentry Select Insurance and their representatives.

Once the requested information has been compiled and is available for distribution I assume you will arrange to have the information forwarded along.  Alternatively, I have provided the following link to our encrypted Sharefile site where you can upload ("drag & drop") the electronic files for our access.

MDD Sharefile Link: https://mdd.sharefile.com/r-rcb5e1a42ac25496b8b37e12c65e8cff2

Respectfully,
GR


**Glenn Ricciardelli**
CPA, CVA, CFE, CFF | Partner

2



**MATSON DRISCOLL & DAMICO LLP**
**FORENSIC ACCOUNTANTS**

**T:** +1 617.426.1551  **F:** +1 617.426.6023  **M:** +1 617.549.9993
10 High Street, Suite 1000 • Boston, MA 02110

   

**CONFIDENTIALITY NOTICE:**
This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain PROPRIETARY, PRIVILEGED or CONFIDENTIAL information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, immediately contact the sender by reply email and destroy all copies of the original message.

Any personal data acquired, processed or maintained by us will be processed and handled in accordance with local data protection requirements. We will process personal data which comes within the scope of the GDPR, in accordance with our Privacy Notice which you can find here.

We try to ensure our communications are free of viruses but do not accept responsibility for any loss or damage that viruses may cause. You should take your own steps to ensure that communications are free of viruses.

MATSON DRISCOLL & DAMICO LLP is a member of MDD International Limited, a global network of independent and autonomous entities that share a commitment to delivering a quality service to clients around the world. Our structure is explained in more detail here.

**From:** Brian Almeida <briana@connhill.com>
**Date:** Wednesday, September 22, 2021 at 10:45 AM
**To:** "Aylward, Michael" <MAylward@morrisonmahoney.com>
**Cc:** Glenn Ricciardelli <gricciardelli@mdd.com>, McDonnell Jonathon <Jonathon.McDonnell@sentry.com>
**Subject:** RE: NEB v. Sentry - Case No. 1:21cv11354-LTS

Michael,

I wanted to provide the following update on this matter.  Mr. Ricciardelli was just forwarded the documents under separate email cover.  I am happy to send them directly to both you and Mr. McDonell as well if that would be desirable.

Very truly yours,

Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile   (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

---

**From:** Aylward, Michael [mailto:MAylward@morrisonmahoney.com]
**Sent:** Friday, September 17, 2021 11:37 AM
**To:** Brian Almeida
**Cc:** gricciardelli@mdd.com; McDonnell Jonathon
**Subject:** RE: NEB v. Sentry - Case No. 1:21cv11354-LTS

I am so sorry, Brian but hope you are on the mend.

---

**From:** Brian Almeida <briana@connhill.com>
**Sent:** Friday, September 17, 2021 11:35 AM
**To:** Aylward, Michael <MAylward@morrisonmahoney.com>
**Cc:** gricciardelli@mdd.com; McDonnell Jonathon <Jonathon.McDonnell@sentry.com>
**Subject:** RE: NEB v. Sentry - Case No. 1:21cv11354-LTS

**\*\*External Email\*\***

Michael,

The weekend after our most recent discussion on this case, I tested positive for COVID-19 and therefore delegated the responsibility of getting these documents to Mr. Ricciardelli, as I was forced into quarantine/recovery. You know how the saying goes with respect to delegation. It has been and still remains my intention to once again provide Mattson Driscoll with the information, and I believe the time granted by the motion to stay is still useful in serving that interest and resolution of the matter generally.

Very truly yours and have a great weekend,

---

Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile    (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

---

**From:** Aylward, Michael [mailto:MAylward@morrisonmahoney.com]
**Sent:** Friday, September 17, 2021 11:29 AM
**To:** Brian Almeida
**Cc:** gricciardelli@mdd.com; McDonnell Jonathon
**Subject:** RE: NEB v. Sentry - Case No. 1:21cv11354-LTS

Brian:

When we agreed to file a motion to stay proceedings for 90 days, our understanding was that you were going to respond to Mr. Ricciardelli' s requests for documents so that Sentry could adjust the lost income claim. I am advised by Mr. Ricciardelli that he has not heard from you.   Please advise if it is your intention to provide Mattson Driscoll with this information.  If not, there's no point in staying these proceedings and I'll just move forward with the motion to dismiss that I had referenced earlier.

thanks

**From:** Brian Almeida <briana@connhill.com>
**Sent:** Monday, August 23, 2021 3:45 PM
**To:** Aylward, Michael <MAylward@morrisonmahoney.com>
**Subject:** RE: NEB v. Sentry - Case No. 1:21cv11354-LTS

**\*\*External Email\*\***

Michael,

We are certainly amenable to staying the proceedings. I did not receive your May 24th correspondence nor do any of my colleagues have any record of receiving it. I am unsure what email you refer to where the letter would be attached. In any event, all of the requested damages related information was forwarded to the adjuster (who I believe is named Jonathan?) some time ago. We would likewise be interested in resolving this matter.

Very truly yours,

Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile   (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.

**From:** Aylward, Michael [mailto:MAylward@morrisonmahoney.com]
**Sent:** Monday, August 23, 2021 2:42 PM
**To:** Brian Almeida
**Subject:** RE: NEB v. Sentry - Case No. 1:21cv11354-LTS

Thanks, Brian.

Did you receive the May 24, 2021 letter from me to your colleague that I attached to my earlier e-mail?  My recommendation to Sentry would be that we stay proceedings for a few months in the DJ to see if we can't resolve the claim based upon the damages information that Mattson Driscoll was asking for.  Nothing is going to happen for a while in the DJ anyway and this might avoid the unnecessary expense of my filing a motion to dismiss and your having to either contest or file an amended complaint.

5

I am available to talk if you wish to.

Michael
857 342-0219

**From:** Brian Almeida <briana@connhill.com>
**Sent:** Monday, August 23, 2021 12:42 PM
**To:** Aylward, Michael <MAylward@morrisonmahoney.com>
**Subject:** NEB v. Sentry - Case No. 1:21cv11354-LTS

**\*\*External Email\*\***

Attorney Aylward,

I hope this email finds you well. My name is Brian Almeida, and I represent N.E. Bridge Contractors, Inc. in the above-referenced action that was removed to Federal District Court last week.  I wanted to introduce myself, and take the opportunity to reach out to you with respect to where we stand with this matter.  Am I correct in assuming that a motion to stay the proceedings until the conclusion of the underlying state court litigation is in the offing?  In any event, I am largely available at your convenience to discuss this matter and to take any necessary steps with respect to this matter now that it has been removed.

Very truly yours,

Brian C. Almeida, Esq.
Associate Attorney
Connor & Hilliard, P.C.
1350 Main Street
Walpole MA 02081

Telephone (508)668-4774 x118
Facsimile    (508)660-2458

E-mail: briana@connhill.com
Website: www.connhill.com

This e-mail may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail and delete this e-mail and all copies and attachments.